IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN J. HEIMES, Personal Representative of the Estate of James A. Heimes, and Personal Representative of the Estate of Bonita Heimes, in Both Capacities, JAMES A. HEIMES, by and through Brian J. Heimes, Personal Representative, and BONITA HEIMES, by and through Brian J. Heimes, Personal Representative,<br><br>            Plaintiffs,<br><br>    v.<br><br>RONALD D. HINKLE, JERRY MULLENIX, and CONNIE MULLENIX,<br><br>            Defendants. | 8:07CV358<br><br>AMENDED<br>ORDER OF DISMISSAL |

The matter before the court is the defendants' unopposed motion to dismiss with prejudice. Filing No. 17. The court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 30th day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge